# UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

**Allan Michel Diaz-Cruz,**

        **Petitioner,**

v.                                             Case No. 25-3162-JWL

**Kristi Noem, Pete R. Flores, Ricardo Wong, C. Carter,**

        **Respondents.**

## JUDGMENT IN A CIVIL CASE

**( )**   **JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**(x)**   **DECISION BY THE COURT.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the petition for habeas corpus pursuant to 28 U.S.C. § 2241 is hereby **granted**.

Entered on the docket 10/2/2025

Dated: October 2, 2025                 SKYLER B. O'HARA
                                                  CLERK OF THE DISTRICT COURT


                                                    **s/J. Lolley**
                                                    **Deputy Clerk**