IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

ALLAN MICHEL DIAZ-CRUZ,           )
                                  )
                    Petitioner,   )
                                  )
        v.                        )     Case No. 25-3162-JWL
                                  )
KRISTI NOEM, Secretary,           )
   Department of Homeland Security; )
PETE R. FLORES, Commissioner,     )
   U.S. Customs and Border Protection; )
RICARDO WONG, Field Office Director, )
   ICE ERO Chicago; and           )
C. CARTER, Warden, FCI-Leavenworth, )
                                  )
                    Respondents.  )
                                  )
_____)

## **ORDER**

By Memorandum and Order of October 2, 2025, the Court granted the petition for habeas corpus under 28 U.S.C. § 2241, which petitioner had filed through counsel, and ordered that petitioner be released by October 13, 2025. On October 8, 2025, respondents filed a motion to alter or amend the judgment (Doc. # 9), in which they gave notice that petitioner had been removed from the United States on October 3, 2025, pursuant to his removal order, and by which they request that the Court vacate its prior order and judgment and dismiss the case as moot. The deadline for a response to the motion has passed, and neither petitioner nor his counsel has filed any response or otherwise opposed the motion. The Court therefore **grants the motion as unopposed**. The Court notes that in its prior order it did not enjoin or otherwise restrict petitioner's removal, and that the removal was

accomplished prior to the Court's deadline for petitioner's release under an order of supervision. According, the Court hereby **vacates** its Memorandum and Order of October 2, 2025, and the judgment entered the same day; **dismisses this case as moot**; and orders that an amended judgment be entered accordingly.

IT IS SO ORDERED.

Dated this 23rd day of October, 2025, in Kansas City, Kansas.

/s/  John W. Lungstrum
Hon. John W. Lungstrum
United States District Judge