## UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS

**Allan Michel Diaz-Cruz,**

        **Petitioner,**

v.                                        Case No. 25-3162-JWL

**Kristi Noem, Pete R. Flores, Ricardo Wong, C. Carter,**

        **Respondents.**

## AMENDED JUDGMENT IN A CIVIL CASE

**( )**   **JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**(x)**   **DECISION BY THE COURT.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the petition for habeas corpus pursuant to 28 U.S.C. § 2241 is hereby **dismissed as moot.**

Entered on the docket 10/23/2025

Dated:  October 23, 2025         SKYLER B. O'HARA
                                                CLERK OF THE DISTRICT COURT

                                                s/J. Lolley
                                                **Deputy Clerk**